Megan A. Richmond (SBN 170753)
MEGAN A. RICHMOND, APC
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 577-4253
Facsimile: (619) 577-4250
megan@therichmondfirm.com

C. Brooks Cutter (SBN 121407)
John R. Parker, Jr. (SBN 257761)
CUTTER LAW P.C.
401 Watt Ave., Suite 100
Sacramento, California 95864
Telephone: (916) 290-9400
bcutter@cutterlaw.com
jparker@cutterlaw.com

Alexander E. Papaefthimiou (SBN 236930)
PAPAEFTHIMIOU APC
1601 Carmen Drive, Suite 212D
Camarillo, California 93010
Telephone: (805) 366-3909
Facsimile: (805) 585-5410
alex@aplitigation.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PENNY PIKE and DAVID DENKIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a legal subdivision of the State of California, and DOES 1–10, inclusive.<br><br>Defendants. | CASE NO. 5:17-cv-01680-JGB-KK<br><br>COLLECTIVE ACTION<br>[29 U.S.C. § 216(b)]<br><br>**NOTICE OF LODGING IN SUPPORT OF MOTION FOR APPROVAL OF SETTLEMENT UNDER FAIR LABOR STANDARDS ACT**<br><br>Date:       November 25, 2019<br>Time:       9:00 a.m.<br>Courtroom: 1<br>Judge:      Hon. Jesus G. Bernal |

NOTICE OF LODGING

Plaintiffs PENNY PIKE and DAVID DENKIN hereby lodge the following exhibits in support of their concurrent MOTION FOR APPROVAL OF SETTLEMENT UNDER FAIR LABOR STANDARDS ACT:

|   | *Description* |
|---|---|
| A | Settlement Agreement |
| B | Allocation of Settlement Fund |
| C | July 30, 2019 Local Rule 7-3 Meet and Confer Letter re: Defendant's Motion for Partial Summary Judgment |
| D | August 2, 2019 Local Rule 7-3 Meet and Confer Letter re: Defendant's Motion for Decertification |
| E | Declaration of Brett Blazys, MBA, Supplement to Report |

Dated: October 25, 2019

Respectfully submitted by,

PAPAEFTHIMIOU APC

 /s/ Alexander E. Papaefthimiou
Alexander E. Papaefthimiou

1601 Carmen Drive, Suite 212D
Camarillo, California 93010
Telephone:    (805) 366-3909
Facsimile:    (805) 585-5410

Megan A. Richmond (SBN 170753)
MEGAN A. RICHMOND, APC
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 577-4253
Facsimile: (619) 577-4250

C. Brooks Cutter (SBN 121407)
John R. Parker, Jr. (SBN 257761)

CUTTER LAW P.C.
401 Watt Ave., Suite 100
Sacramento, California 95864
Telephone: (916) 290-9400
Facsimile:  (916) 588-9330

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 28, 2019, I electronically filed the foregoing **NOTICE OF LODGING IN SUPPORT OF MOTION FOR APPROVAL OF SETTLEMENT UNDER FAIR LABOR STANDARDS ACT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

Dated: October 28, 2019

                                          /s/ Alexander E. Papaefthimiou
                                        Alexander E. Papaefthimiou (SBN 236930)