Megan A. Richmond (SBN 170753)
MEGAN A. RICHMOND, APC
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 577-4253
Facsimile:  (619) 577-4250
megan@therichmondfirm.com

C. Brooks Cutter (SBN 121407)
John R. Parker, Jr. (SBN 257761)
CUTTER LAW P.C.
401 Watt Ave., Suite 100
Sacramento, California 95864
Telephone: (916) 290-9400
bcutter@cutterlaw.com
jparker@cutterlaw.com

Alexander E. Papaefthimiou (SBN 236930)
PAPAEFTHIMIOU APC
1601 Carmen Drive, Suite 212D
Camarillo, California 93010
Telephone: (805) 366-3909
Facsimile:  (805) 585-5410
alex@aplitigation.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PENNY PIKE and DAVID DENKIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a legal subdivision of the State of California, and DOES 1–10, inclusive.<br><br>Defendants. | CASE NO.  5:17-cv-01680-JGB-KK<br><br><u>COLLECTIVE ACTION</u><br>[29 U.S.C. § 216(b)]<br><br>**NOTICE OF MOTION AND MOTION FOR INCENTIVE AWARDS AND ATTORNEY FEES**<br><br>Date:         December 30, 2019<br>Time:        9:00 a.m.<br>Courtroom: 1<br>Judge:       Hon. Jesus G. Bernal |

MOTION FOR INCENTIVE AWARDS AND ATTORNEY FEES

**This Motion supersedes the motion filed on November 25 [Docket 117].**

NOTICE IS HEREBY GIVEN THAT on December 30, 2019 at 9:00 a.m. in Courtroom 1 of the above-entitled Court, located at 3470 Twelfth Street, Riverside, California 92501, Plaintiffs PENNY PIKE and DAVID DENKIN ("Plaintiffs") will, and hereby do, move the Court for an order, or orders, as follows:

**1.** Ordering defendant COUNTY OF SAN BERNARDINO ("Defendant") to pay $1,139,305.00 in attorney fees to Plaintiffs' counsel, plus a multiplier of between 1.2 and 1.5, or any other positive multiplier found reasonable by the Court, within thirty (30) days of the Court's ruling on the motion;

**2.** Ordering Defendant to pay $36,941.00 in costs to Plaintiffs' counsel within thirty (30) days of the Court's ruling on the motion;

**3.** Ordering Defendant to pay incentive awards of $15,000 per Plaintiff, in the total amount of $30,000 within thirty (30) days of the Court's ruling on the motion; and

**4.** Entering the concurrently submitted [Proposed] Order Granting Motion for Incentive Awards and Attorney Fees (the "Proposed Order")

This Motion is and will be made upon the grounds that Plaintiffs prevailed against Defendant, obtained extraordinary results on behalf of the Plaintiff Class, and are entitled to attorney fees and costs under 29 U.S.C. §216(b).

This Motion is and will be made upon the further grounds that the Settlement between the parties, in addition to and separate from the $1.05 million payment to members of the Plaintiff Class to compensate them for their unpaid overtime, that Defendant "shall pay an additional sum as attorney fees and costs to counsel for the Plaintiff Class under the FLSA" and "shall pay each class representative, David Denkin and Penny Pike, an additional sum as an incentive fee, for their services performed for, and risks taken on behalf of, the Plaintiff Class." The Settlement provides that the parties were to negotiate attorney fees, costs and incentive payments,

and, if the parties were not able to reach an agreement, the parties agreed that Plaintiffs are entitled to attorney fees, costs and incentive payments in an amount to be determined by the Court.  The parties negotiated the issues of attorney fees, costs and incentive payments in good faith, but were not able to come to an agreement.  The amount of the payments is, therefore, to be determined by the Court.

This Motion is and will be made upon the further grounds that the requested attorney fees and costs are sufficiently documented and established, the hourly rates claimed are reasonable, the number of hours worked are reasonable, and the award of attorney fees, as well as the requested multiplier, is reasonable upon consideration of the relevant factors, including, without limitation, the complexity of the issues, results obtained, quality of representation, length of the litigation, risk of non-payment, contingent fee, and the factors set forth in *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th Cir. 1975).

This Motion is and will be made upon the further grounds that incentive awards for class representatives are authorized in collective action cases, are meant to compensate class representatives for work done on behalf of the class, to make up for financial or reputational risk undertaken in bringing the action, and, sometimes, to recognize their willingness to act as a private attorney general.

This Motion is and will be made upon the further grounds that the requested incentive awards are reasonable in light of the actions Plaintiffs have taken to protect the interests of the class, the degree to which the class has benefitted from those actions, the amount of time and effort Plaintiffs expended in pursuing the litigation, workplace retaliation.

This Motion is and will be based upon this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities in support hereof, the concurrently filed Notice of Lodging in support hereof, the concurrently filed Proposed Order in support hereof, the concurrently filed Declaration of C. Brooks Cutter in support hereof, the concurrently filed Declaration of Megan A. Richmond

in support hereof, the concurrently filed Declaration of Alexander E. Papaefthimiou in support hereof, the concurrently filed Declaration of Gregory M. Garrison in support hereof, the concurrently filed Declaration of Penny Pike in support hereof, the concurrently filed Declaration of David Denkin in support hereof, the concurrently filed Declaration of Ed Chapin in support hereof, the concurrently filed Declaration of Joseph Low in support hereof, the concurrently filed Declaration of Darren Quinn in support hereof, the concurrently filed Declaration of Grant Teeple in support hereof, the concurrently filed Declaration of Chandra Spencer in support hereof all pleadings and papers on file in this action, such other matters as may be presented to the Court by the parties at the time of the hearing, and all matter of which the Court takes judicial notice.

## LOCAL RULE 7-3 STATEMENT

Pursuant to the court-approved settlement in this matter, the parties met and conferred regarding the amount of incentive awards due to Plaintiffs and the amount of attorney fees and costs to be paid to the law firms of Megan A. Richmond APC, Papaefthimiou APC, Cutter Law PC and Gregory M. Garrison APC (collectively "Class Counsel"). The parties exchanged numerous written demands and correspondence and conferred telephonically on October 21, 2019. While the parties did not come to an agreement as to the amount of the incentive awards, attorney fees or costs, the parties negotiated in good faith and Defendant did not dispute its obligation to pay under the settlement and FLSA.

Dated: November 27, 2019

Respectfully submitted by,

PAPAEFTHIMIOU APC

 /s/ Alexander E. Papaefthimiou
Alexander E. Papaefthimiou

1601 Carmen Drive, Suite 212D
Camarillo, California 93010
Telephone:    (805) 366-3909

Facsimile:      (805) 585-5410

Megan A. Richmond (SBN 170753)
MEGAN A. RICHMOND, APC
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 577-4253
Facsimile:  (619) 577-4250

C. Brooks Cutter (SBN 121407)
John R. Parker, Jr. (SBN 257761)
CUTTER LAW P.C.
401 Watt Ave., Suite 100
Sacramento, California 95864
Telephone: (916) 290-9400
Facsimile:  (916) 588-9330

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 27, 2019, I electronically filed the foregoing **NOTICE OF MOTION AND MOTION FOR INCENTIVE AWARDS AND ATTORNEY FEES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

Dated: November 27, 2019

/s/ Alexander E. Papaefthimiou
Alexander E. Papaefthimiou (SBN 236930)