Menu
 Search (/nationallawjournal/search/)
Publication (/publications/)  Law Topics (/topics/)  Surveys & Rankings (/nationallawjournal/rankings/)  Supreme Court Brief (/supremecourtbrief/)
Legal Newswire  (/legalnewswire/)  Lean Adviser (/lean-adviser/static/lean-adviser/)  All Sections  (/nationallawjournal/)

THE NATIONAL LAW JOURNAL (/nationallawjournal/)
SUBSCRIBE (/NATIONALLAWJOURNAL/SUBSCRIBE/?promoCode=NL&source=https%3A%PROMOCODE=NL&SOURCE=HTTPS

News (/nationallawjournal/news/)

# Hourly Rate Gap Widens as Top Billers Leave Others Behind

By **Ryan Lovelace (/author/profile/Ryan Lovelace/)**  |  May 17, 2018 at 05:51 PM

 (http://www.almreprints.com)



**Image: Shutterstock**

With outsized billing rates making even mainstream news reports—a Kirkland & Ellis partner's $1,745 hourly rate in the Toys R Us bankruptcy recently **caught the attention (https://www.nytimes.com/2018/05/11/business/toys-r-us-bankruptcy.html)** of The New York Times—there's no question clients are watching the numbers closely.

But are they balking? It depends who you ask.

The vast range of pricing markets in the legal business means some Big Law partners have long operated on a different playing field from their counterparts elsewhere when it comes to billing rates.

As stratification between the very top firms and the rest of the Am Law 100 and NLJ 500 **grows ever more pronounced (https://www.law.com/americanlawyer/2018/05/14/demand-slips-rates-rise-as-legal-market-endures-uneven-first-quarter/)**, that billing chasm is only growing wider.


 (/nationallawjournal/)
POWERED BY LAW.COM (/)

Menu
Search (/nationallawjournal/search)
Publication (/publications/) Law Topics (/topics/) Surveys & Rankings (/nationallawjournal/rankings/) Supreme Court Brief (/supremecourtbrief/)
Legal Newswire (/legalnewswire/) Lean Adviser (/lean-adviser/static/lean-adviser/) All Sections (/nationallawjournal/) SUB
promoCode=NL&source=https%3A%... PROMOCODE=NL&SOURCE=HTTPS

Jim Cotterman, principal at Altman Weil, noted that only a handful of firms truly compete for the work at the top of the rate spectrum.

"It is important to note that the very top-end dynamics appear very different from those firms just outside of there, and for much of the rest of the profession," Cotterman said in an email. "The top-end firms appear to be able to raise rates at a level greater than inflation, sustain those increases all the way to collections and without diminishing demand."

And, Cotterman noted, other firms aren't realizing significantly greater gains even when they are raising their published rates. "Much of the rest of the market must be much more restrained increasing rates, may give much of the increase back in discounts, billing adjustments and receivable adjustments, and may experience a decrease in demand as a result," he said.

Uniform rate increases may not be quite as common as they once were. Lisa Smith, head of Fairfax Associates' Washington, D.C., office, said she has witnessed firms looking at rate increases more selectively; person by person and practice by practice. Smith said she has noticed less of a focus on increasing all partners of the same seniority level at a certain rate.

At smaller and midsize firms, the top-end rates hit a ceiling that appears to be spread out across a fairly narrow group atop the firm's partnership, Smith said. Bigger firms, she added, were much more likely to push the most senior or most valuable partners' rates up.

"The interesting thing we see at smaller and midsize firms is rate compression," Smith said.

The growing divide between the top 50 firms and the rest of the pack is partially attributable to the brand dominance of leading firms, said Jeff Grossman, managing director of Wells Fargo Specialty Group in North Carolina. Grossman said strong practice areas, particularly in transactional matters and M&A, alongside prudent fiscal management at premier Big Law firms, has increased the gap.

The gap between the largest Big Law firms and all others appears evident in new data collected by ALM Intelligence, which culled billing rate information from bankruptcy filings and other sources. For example, the data show an average partner billing rate at Jones Day of $950, while the average partner billing rate across all firms included in the data was $804.87. ALM analyzed partner billing rates data from 53 individual firms.

Other surveys found starker differences. Partner hourly rates at the largest 50 firms—having more than 750 lawyers—recorded billable rates that are 40 percent greater than firms with 501 to 750 lawyers, according to an 2017 **analysis (https://images.law.com/Users/RLovelace/Downloads/CounselLink_TrendsReport_2018.pdf)** from CounselLink, a LexisNexis subsidiary. CounselLink's data found the gap grew 10 percent over the previous year.

The hourly rate growth in Washington last year was approximately 4 percent and lagged behind the hourly rate growth of several other markets, according to CounselLink's **data (https://www.counsellink.com/wp-content/uploads/2017/04/CounselLink-TrendsReport-2017_web.pdf)**.

New York City, Seattle, Atlanta, Minneapolis, Chicago and Los Angeles all experienced rate growth last year greater than Washington.

Jeffrey Lowe, managing partner of Major, Lindsey & Africa's D.C. office, said the strong economy in 2017 "absolutely" emboldened firms to raise billing rates, but the rate of billing growth isn't quite back to its pre-recession levels.

Lowe said the recession shifted how clients view their role in determining rates, and many clients have become more sensitive. A vast majority of cases involve a discussion of what the rates are going to be, Lowe said, leading to firms deciding to set artificially high rack rates.

Available third-party data on billing rates can sometimes provide an incomplete picture of how firms set and adjust rates. Terry Mahn, managing principal of Fish & Richardson's D.C. office, said the firm adjusts its rates firmwide, but individual markets look for individual ways to drive down pressure on rates.

Fish is **moving into new offices (https://www.law.com/nationallawjournal/sites/nationallawjournal/2018/04/27/fish-richardson-is-wharf-pioneer-in-dc-office-move/)** along the Potomac River waterfront in southwest D.C., and Mahn said the firm's lease is structured to allow them to give back space in the future. Mahn said the firm is always trying to manage its real estate and other expenses to alleviate pressure on rates.

*Read more:*

**Sorry Clients: Higher Law Firm Billing Rates Really Do Pay Off (https://www.law.com/americanlawyer/2018/02/21/sorry-clients-higher-law-firm-billing-rates-really-do-pay-off/)**

**Read This Before You Set Your 2018 Billing Rates (https://www.law.com/americanlawyer/almID/1202799338640/)**

 SHARE ON FACEBOOK     SHARE ON TWITTER

### Ryan Lovelace

Ryan Lovelace is based in Washington, D.C., and covers the intersection of law firm business, lobbying and the federal government. Contact him at rlovelace@alm.com. On Twitter: @lovelaceryand

 ( /author/profile/Ryan Lovelace/)

More from this author › (/author/profile/Ryan Lovelace/)

☰ Menu

🔍 Search (/nationallawjournal/search/)

THE NATIONAL LAW JOURNAL (/nationallawjournal/)
POWERED BY LAW.COM (/)

SUBSCRIBE (promoCode=NL&source=https%3A%...)

Publication (/publications/)   Law Topics (/topics/)   Surveys & Rankings (/nationallawjournal/rankings/)   Supreme Court Brief (/supremecourtbrief/)
Legal Newswire (/legalnewswire/)   Lean Adviser (/lean-adviser/static/lean-adviser/)   All Sections (/nationallawjournal/)

### Dig Deeper

Attorney Rates and Arrangements (/topics/attorney-rates-and-arrangements/)

Law Firm Management (/topics/law-firm-management/)

Law Firm Partners (/topics/law-firm-partners/)

Law Firm Structure (/topics/law-firm-structure/)

Law Firms - Large (/topics/law-firms-large/)

Law Firms - Mid Size (/topics/law-firms-mid-size/)

Law Firms - Small (/topics/law-firms-small/)   Legal Operations (/topics/legal-operations/)

Legal Services (/topics/legal-services/)



Case 5:17-cv-01680-JGB-KK   Document 121-21   Filed 11/27/19   Page 5 of 9   Page ID #:2761

Menu
Search (/nationallawjournal/search/)

NATIONAL LAW JOURNAL (/nationallawjournal/)
POWERED BY LAW.COM (/)

Publication (/publications/)   Law Topics (/topics/)   Surveys & Rankings (/nationallawjournal/rankings/)   Supreme Court Brief (/supremecourtbrief/)   SUB
Legal Newswire (/legalnewswire/)   Lean Adviser (/lean-adviser/static/lean-adviser/)   All Sections (/nationallawjournal...)



Menu

Search

[The National Law Journal (/nationallawjournal/)]

POWERED BY **LAW.COM** (/)

promoCode=NL&source=https%3A%

Publication (/publications/)    Law Topics (/topics/)    Surveys & Rankings (/nationallawjournal/rankings/)    Supreme Court Brief (/supremecourtbrief/)

(/nationallawjournal/search/)

SUB PROMOCODE=NL&SOURCE=HTTPS

Legal Newswire (/legalnewswire/)    Lean Adviser (/lean-adviser/static/lean-adviser/)    All Sections (/nationallawjournal/...)

## Trending Stories

**1** **Slideshow: Troutman Designed Its New Atlanta Headquarters for the Future** (/dailyreportonline/2018/05/18/slideshow-troutman-designed-its-new-atlanta-headquarters-for-the-future/)

DAILY REPORT ONLINE (/DAILYREPORTONLINE/)

**2** **Pass Rate for California's February Bar Exam Sinks to All-Time Low** (/therecorder/2018/05/18/pass-rate-for-californias-february-bar-exam-sinks-to-all-time-low/)

THE RECORDER (/THERECORDER/)

**3** **Backlash Mounts Against Attorney Whose Racist Rant Went Viral** (/americanlawyer/2018/05/17/backlash-mounts-against-attorney-whose-racist-rant-went-viral/)

THE AMERICAN LAWYER (/AMERICANLAWYER/)

**4** **Big Law Leader Shares Struggles with Alcoholism, Challenges for Profession** (/2018/05/18/big-law-leader-shares-struggles-with-alcoholism-challenges-for-profession/)

LAW.COM (HTTPS://WWW.LAW.COM/)

**5** **$1,745 Hourly Rate in the Toys R Us Bankruptcy Sparks Debate** (/newyorklawjournal/2018/05/18/hourly-rate-gap-widens-as-top-billers-leave-others-behind-389-31337/)

NEW YORK LAW JOURNAL (/NEWYORKLAWJOURNAL/)

---

LEAN ADVISER LEGAL (/LEAN-ADVISER/STATIC/LEAN-ADVISER/)

### Think Lean Daily Message

" Surely, says the skeptic, if you bedevil legal practice with a host of techniques lifted from the

≡ Menu
🔍 Search

THE NATIONAL LAW JOURNAL (/nationallawjournal/)
POWERED BY **LAW.COM** (/)

Publication (/publications/)   Law Topics (/topics/)   Surveys & Rankings (/nationallawjournal/rankings/)   Supreme Court Brief (/supremecourtbrief/)
(/nationallawjournal/search/)

Legal Newswire (/legalnewswire/)   Lean Adviser (/lean-adviser/static/lean-adviser/)   All Sections (/nationallawjournal/)

SUB (PROMOCODE=NL&SOURCE=HTTPS

Visit Lean Adviser (/lean-adviser/static/lean-adviser/)



## Recommended Stories

### Trial Opens Over Lawyer's Death Allegedly Caused by J&J's Baby Powder (/2018/05/18/trial-opens-over-lawyers-death-allegedly-caused-by-jjs-baby-powder/)

AMANDA BRONSTAD (/AUTHOR/PROFILE/AMANDA BRONSTAD/) | MAY 18, 2018

The trial against Johnson & Johnson claims an attorney's lifetime use of its baby powder caused her to get one of the deadliest forms of cancer.

### Jenner & Block Questions Alleged Monitoring of Guantánamo Defense Lawyers (/2018/05/21/jenner-block-questions-alleged-monitoring-of-guantanamo-defense-lawyers/)

MARCIA COYLE (/AUTHOR/PROFILE/MARCIA COYLE/) | MAY 21, 2018

A team from Jenner & Block is fighting attempts by the U.S. Justice Department and a military judge to force two civilian lawyers to continue to represent the alleged bombing mastermind of the USS Cole warship after discovering what they contend was government monitoring of their attorney-client conversations.

### Justices, Divided, Say Employment Contracts Banning Class Actions Are Lawful (/2018/05/21/justices-divided-say-employment-contracts-banning-class-actions-are-lawful/)

MARCIA COYLE (/AUTHOR/PROFILE/MARCIA COYLE/) | TONY MAURO (/NATIONALLAWJOURNAL/AUTHOR/PROFILE/TONY MAURO/) | MAY 21, 2018

## Featured Firms

### Law Offices of Mark E. Salomone
2 OLIVER ST #608
BOSTON, MA 02109
857-444-6468   www.marksalomone.com

### Gary Martin Hays & Associates P.C.
235 PEACHTREE ST NE #400
ATLANTA, GA 30303
800-898-4297   www.garymartinhays.com

### Smith & Hassler
225 N LOOP W #525
HOUSTON, TX 77008
(877) 777-1529   www.smithandhassler.com

Presented by BigVoodoo →

☰ Menu
 (/nationallawjournal/)
POWERED BY **LAW.COM** (/)
 (/nationallawjournal/)
🔍 Search
Publication (/publications/)   Law Topics (/topics/)   Surveys & Rankings (/nationallawjournal/rankings/)   Supreme Court Brief (/supremecourtbrief/)   **SUBSCRIBE** (HTTPS://STORE.LAW.COM/REGISTRATION/DEFAULT.ASPX?PROMOCODE=NL&SOURCE=HTTPS%3A%2F%2FWWW.LAW.COM%2FNATIONALLAWJOURNAL%2F2018%2F05%2F17%2FHOURLY-RATE-GAP-WIDENS-AS-TOP-BILLERS-LEAVE-OTHERS-BEHIND%2F&PROMOCODE=NL&SOURCE=HTTPS%...)
Legal Newswire (/legalnewswire/)   Lean Adviser (/lean-adviser/static/lean-adviser/)   All Sections (/nationallawjournal/sitemap/)

"The policy may be debatable but the law is clear: Congress has instructed that arbitration agreements like those before us must be enforced as written," Justice Neil Gorsuch wrote for the majority. In dissent, Justice Ruth Bader Ginsburg called the decision "egregiously wrong."

# More from ALM

Resources | CLE Center | Legal Compass | Events | Webcasts | LawJobs | Professional Announcements



### 5 Forms to Modernize Your Attorney-Client Agreements (http://nationallawjournal...)

FROM LAWPAY

This kit contains five provisions to update your attorney fee agreements, service contracts, or retainer contracts to address today's technology concerns.

Download Now › (http://nationallawjournal.tradepub.com/fr...)



### Introduction to Online Reputation Management for Attorneys & Firms (http://nationallawjourna...)

FROM THE TASA GROUP, INC.

Learn the basics of online reputation management (ORM) for attorneys and law firms. You'll discover why ORM is critical today and strategies to build, monitor and repair your online reputation.

Download Now › (http://nationallawjournal.tradepub.com/fr...)



### Defamation: 10 Guiding Principles that Impact Image & Reputation (http://nationallawjou...)

FROM THE TASA GROUP, INC.

Utilize these 10 guiding principles to provide insight on how defamation impacts both reputation and image of the recipient for your defamation ca...

Download Now › (http://nationallawjournal.tradepub.c...)

---

**ALM Legal Publication Newsletters**

## Sign Up Today and Never Miss Another Story.

As part of your digital membership, you can sign up for an unlimited number of a wide range of complimentary newsletters. Visit your My Account (https://store.law.com/registration/login.aspx?promoCode=NL) page to make your selections. Get the timely legal news and critical analysis you cannot afford to miss. Tailored just for you. In your inbox. Every day.

**Subscribe Now** (https://store.law.com/registration/...promoCode=NL)

Privacy Policy (https://www.alm.com/privacy-policy-new/)

---

 (/nationallawjournal/)

Publications (/publications) / Law Topics (/topics) / Surveys & Rankings (/nationallawjournal/rankings/) / Supreme Court Brief (/supremecourt...) / Legal Newswire (/legalnewswire/) / Lean Adviser (/lean-adviser/static/lean-adviser/) / All Sections (/nationallawjournal/sitemap/)

About National Law Journal (/nationallawjournal/static/about-us/)  /  Contact Us (/nationallawjournal/static/contact-us/)  /  Site Map (/nationallawjournal/sitemap/)  /  Advertise With Us (http://mediakit.alm.com/)  /  Place A Classified Ad (/nationallawjournal/static/place-a-classified)  /  Customer Care (https://www.alm.com/contact-us/)  /  Terms of Service (https://www.alm.com/terms-of-use/)  /  FAQ (https://store.law.com/Registration/myAccount.aspx?promoCode=lc#/Help)  /  Privacy Policy (https://www.alm.com/privacy-policy-new)

**LAW.COM** (/)

FOLLOW US (https://www.facebook.com/LawdotcomALM/) (https://twitter.com/lawdotcom) (https://plus.google.com/105568464779205123032/posts) (https://www.linkedin.com/company/2502127/) (http://feeds.feedblitz.com/law/legal-news/)
Menu
NATIONAL LAW JOURNAL (/nationallawjournal/)
promoCode=NL&source=https%3A%
Search (/nationallawjournal/search/)
Publication (/publications/) Law Topics (/topics/) Surveys & Rankings (/nationallawjournal/rankings/) Supreme Court Brief (/supremecourtbrief/) Legal Newswire (/legalnewswire/) Lean Adviser (/lean-adviser/static/leanadviser/) All Sections (/nationallawjournal/sitemap/)
SUB PROMOCODE=NL&SOURCE=HTTPS

**Publications**
The American Lawyer (/americanlawyer/)
Corporate Counsel (/corpcounsel/)
National Law Journal (/nationallawjournal/)
New York Law Journal (/newyorklawjournal/)
New Jersey Law Journal (/njlawjournal/)
The Recorder (/therecorder/)
More Publications › (/publications/)

**Law Topics**
Litigation (/topics/litigation/)
Transactional Law (/topics/transactional-law/)
Law Firm Management (/topics/law-firm-management/)
Legal Practice Management (/topics/legal-practice-management/)
Cybersecurity (/topics/cybersecurity/)
Intellectual Property (/topics/intellectual-property/)
More Law Topics › (/topics/)

**Rankings**
AmLaw 100 (/americanlawyer/rankings/the-2018-am-law-100-1/)
AmLaw 200 (/americanlawyer/rankings/am-law-200/)
Global 100 (/americanlawyer/rankings/global-100/)
National Law Journal 500 (/nationallawjournal/rankings/the-nlj-500/)
Pro Bono Scorecard (/americanlawyer/rankings/pro-bono/)
The A-List (/americanlawyer/rankings/a-list)
More Rankings › (/rankings/)

**More**
Events (/events/)
Legal Compass (https://www.alm.com/intelligence/solutions-we-provide/business-of-law-solutions/legal-compass/)
Editorial Calendar (/editorial-calendar/)
Briefings (/static/briefings/)
Legal Dictionary (https://dictionary.law.com/)
Lawjobs.com (http://lawjobs.com/)
Law Firms (/law-firms/)
Law Schools (/topics/legal-education/)

**Law.com**
About Us (/static/abou
Contact Us (/static/cont
Site Map (/sitemap
Advertise With U (http://mediakit.alm.c
Customer Suppo (https://www.alm.com/co
Terms of Service (https://www.alm.com/terr
FAQ (/sites/almstaff/2017/10/20/ asked-questions/
Privacy Policy (https://www.alm.com/priv new/)

ALM Copyright © 2018 ALM Media Properties, LLC. All Rights Reserved.

